| | |
|---|---|
| WALSH & ASSOCIATES, APC<br>16633 Ventura Boulevard, Suite 800<br>Encino, CA 91436<br>Telephone: (818) 986-1776<br>Facsimile: (818) 382-2071<br>DENNIS J. WALSH, Esq. (SBN No. 106646)<br>Email: dwalsh@walshlawyers.com | (SPACE BELOW FOR FILING STAMP ONLY)<br>Exempt From Fees Per Govt. Code §6103 |

Attorneys for Defendant, NORTHERN CALIFORNIA RELIEF, aka NORTHERN CALIFORNIA REGIONAL LIABILITY EXCESS FUND JOINT POWERS AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>        Plaintiff,<br><br>vs<br><br>NORTHERN CALIFORNIA RELIEF, a/k/a NORTHERN CALIFORNIA REGIONAL LIABILITY EXCESS FUND JOINT POWERS AUTHORITY,<br><br>        Defendants. | Case No. 3:14-cv-00312-CRB<br><br>**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION TO DISMISS FIRST COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES PURSUANT TO F.R.C.P. 12(b)(6); [PROPOSED] ORDER**<br><br>Complaint served:  February 3, 2014<br><br>Assigned to:  Hon. Charles L. Breyer<br>Court Room:  6<br><br>Current Date:  May 16, 2014<br>Time          :  10:00 a.m.<br><br>Proposed Date:  June 6, 2014 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

For good cause shown, the above-caption matter is hereby continued as follows:

1. Case Management Conference:  to June 6, 2014 at 10:00 a.m., in Courtroom 6 ; and

1

1  2. Defendants' Motion to Dismiss First Complaint for Declaratory Relief and Damages pursuant to F.R.C.P. 12(b)(6) to June 6, 2014 at 10:00 a.m., in Courtroom 6.

IT IS SO ORDERED.

DATED: April 18, 2014

_____
JUDGE OF THE UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*