1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   WESTPORT INSURANCE CORP.,              No. C14-00312 CRB
12               Plaintiff,                 **ORDER DENYING EX PARTE**
                                            **APPLICATION FOR CONTINUANCE**
13        v.
14   NORTHERN CALIFORNIA RELIEF, ET AL.,
15               Defendants.
                                    /
16

17        Defendant Northern California Relief's Ex Parte Application for an Order Continuing

18   the Motion for Partial Judgment on the Pleadings and for an extension of time to file an

19   opposition based thereon (dkt. 49) is hereby DENIED.  Defendant urges that the pending

20   Motion for Partial Judgment on the Pleadings should be postponed indefinitely, until a date

21   no earlier than ninety days after the appointment of a discovery magistrate in this case, to

22   allow Defendant to obtain pleadings and filings from underlying lawsuits and request judicial

23   notice thereof.  But discovery is irrelevant to a Motion for Partial Judgment on the Pleadings,

24   which by definition rises or falls based on the pleadings filed in this case.  The appointment

25   of a magistrate in the discovery process would thereby add nothing necessary to this Court's

26   consideration of the pending Motion.  The Court finds, moreover, that Defendant was not

27   diligent in obtaining the documents it alleges to be necessary here.  The pleadings and filings

28   that Defendant claims are appropriate subjects for judicial notice were made available by the

recipients of Defendant's subpoenas, and in any event are public records.  Having failed to show good cause for an indefinite delay in this litigation, Defendant's request for a continuance and an extension of time to file its opposition is DENIED.

**IT IS SO ORDERED.**

Dated: September _10_, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2