1  WALSH & ASSOCIATES, APC                          (SPACE BELOW FOR FILING STAMP ONLY)
   16633 Ventura Boulevard, Suite 800                   Exempt From Fees Per Govt. Code §6103
2  Encino, CA 91436
   Telephone: (818) 986-1776
3  Facsimile: (818) 382-2071
   DENNIS J. WALSH, Esq. (SBN No. 106646)
4  Email: dwalsh@walshlawyers.com

5  Attorneys for Defendant, NORTHERN
   CALIFORNIA RELIEF, aka NORTHERN
6  CALIFORNIA REGIONAL LIABILITY EXCESS
   FUND JOINT POWERS AUTHORITY
7

8                   UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 WESTPORT INSURANCE               | Case No. 3:14-cv-00312-CRB
   CORPORATION,
12                                  | **ORDER ON STIPULATION TO**
          Plaintiff,                | **CONTINUE PLAINTIFF'S MOTION**
13                                  | **FOR SUMMARY JUDGMENT ON**
                                    | **EQUITABLE ALLOCATION OF**
14 vs                              | **DAMAGES**

15                                  | Complaint served:  February 3, 2014

16 NORTHERN CALIFORNIA             | Assigned to:  Hon.  Charles L. Breyer
   RELIEF, a/k/a NORTHERN          | Court Room:  6
17 CALIFORNIA REGIONAL
   LIABILITY EXCESS FUND JOINT     | Current Date:  April 17, 2015
18 POWERS AUTHORITY,               | Time          :  10:00 a.m.

19                                  | Proposed Date:  May 8, 2015
          Defendants.
20

21     **TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF**
22 **RECORD:**
23     For good cause shown, the above-caption matter is hereby continued as
24 follows:
25     1.  Plaintiff  WESTPORT  INSURANCE  CORPORATION's  Motion  for
26     Summary Judgment on Equitable Allocation is continued to:  to May 8, 2015,
27     at 10:00 a.m., in Courtroom 6;
28

                                    1
──────────────────────────────────────────────────────────────
**[PROPOSED] ORDER ON STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON EQUITABLE ALLOCATION OF DAMAGES**

2.    Defendant NORTHERN CALIFORNIA RELIEF, aka NORTHERN CALIFORNIA REGIONAL LIABILITY EXCESS FUND JOINT POWERS AUTHORITY's opposition to plaintiff's Motion Summary Judgment on Equitable Allocation of Damages, previously due on March 23, 2015, is due April 1, 2015; and

4.    Plaintiff WESTPORT INSURANCE CORPORATION's reply to said opposition to plaintiff's Motion Summary Judgment on Equitable Allocation of Damages, previously due on March 30, 2015, is due April 17, 2015.

IT IS SO ORDERED.

DATED:  March 17, 2015                    _____

JUDGE IT IS SO ORDERED ED STATES DISTR



Judge Charles R. Breyer

2

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON EQUITABLE ALLOCATION OF DAMAGES**