UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN CALIFORNIA RELIEF,<br><br>　　　　　Defendant. | Case No. 14-cv-00312-CRB   (KAW)<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEF**<br><br>Re: Dkt. No. 95 |

　　　　On March 26, 2015, Defendant Northern California Relief filed a motion to compel compliance with several subpoenas issued to non-party law firms. (Def.'s Mot. to Compel, Dkt. No. 77.) On March 31, 2015, this Court terminated the motion because the subpoenas list Los Angeles, CA as the place of compliance. (Mar. 31, 2015 Order at1, Dkt. No. 84.) In its order, the Court instructed Defendant that if it intended to pursue these discovery matters in this forum, it was to file a brief explaining why the relief sought should not be obtained from the United States District Court for the Central District of California. (*Id.* at 2.) Defendant filed a supplemental brief on April 15, 2015. (Def.'s Supp. Br., Dkt. No. 95.)

　　　　The certificate of service Defendant filed indicates that he served a copy of the supplemental brief on Plaintiff's counsel, but not on any of the subpoenaed non-party law firms. Accordingly, Defendant shall file a certificate of service showing that the non-party law firms have been served with the supplemental brief and this Court's March 31, 2015 order. This will give the non-party law firms an opportunity to file a responsive brief, which shall be due within 14 days of service of the supplemental brief. Defendant may file an optional reply brief within 7 days of the filing of any responsive brief.

In the interest of time and conserving judicial resources, Defendant should again consider whether it is appropriate to re-file its motion to compel in the Central District of California to the extent it concerns subpoenas that, on their face, require compliance in that district.

IT IS SO ORDERED.

Dated: 04/21/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge