UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA RELIEF,<br><br>Defendant. | Case No. 14-cv-00312-CRB (KAW)<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 128 |

PLEASE TAKE NOTICE that the chambers copy of the parties' joint letter, Dkt. No. 128, was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☒ consists of a stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☐ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. Defendant shall submit a chambers copy in a format that is usable by the court no later than May 11, 2015.

IT IS SO ORDERED.

Dated: 05/08/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge